IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAIMIE B. CHEROK, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) No. 06-1175 |
| | ) |
| vs. | ) JUDGE LANCASTER/ |
| | ) MAGISTRATE JUDGE CAIAZZA |
| EAT'N PARK HOSPITALITY GROUP, INC., | ) |
| | ) |
| | ) ELECTRONICALLY FILED |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 19th day of May, 2007, the Court having been advised that the parties have reached an amicable settlement, it is ordered that the case above captioned is dismissed, with prejudice.

_____
United States District Judge